GREGG A. THORNTON (SBN 146282)
KELLI GEORGE (SBN 225689)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
CITY OF PACIFICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY KIRSCH AND DARLENE KIRSCH,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF PACIFICA, NICK BARSETTI (Badge No. 5059), MARCHETTI (Badge No. 5488) AND DOES 1 TO 25,<br><br>        Defendants. | CASE NO.  C 06 3404 SBA<br><br>**STIPULATION AND ORDER DISMISSING THE THIRD, FOURTH, FIFTH, SIXTH, SEVENTH AND EIGHTH CAUSES OF ACTION FROM PLAINTIFFS' COMPLAINT, WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective attorneys of record, that the third, fourth, fifth, sixth, seventh and eighth causes of action, contained in the plaintiffs' complaint on file herein, are hereby voluntarily dismissed with prejudice, and each party will bear their own attorneys' fees and costs in connection therewith.

This stipulation is entered into, and submitted to the

/ / /

/ / /

Court, pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: September _, 2006    LAW OFFICES OF ERIC L. NORDSKOG

By: _____
    ERIC L. NORDSKOG
    Attorneys for Plaintiffs
    KELLEY KIRSCH and DARLENE KIRSCH

DATED: September__, 2006    SELMAN BREITMAN LLP

By: _____
    GREGG A. THORNTON
    Attorneys for Defendant
    CITY OF PACIFICA

**ORDER**

IT IS SO ORDERED.

DATED: October 23, 2005

By: *Saundra B. Armstrong*
    HONORABLE SAUNDRA B. ARMSTRONG
    UNITED STATES DISTRICT JUDGE
    NORTHERN DISTRICT OF CALIFORNIA