GREGG A. THORNTON (SBN 146282)
KELLI GEORGE (SBN 225689)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
CITY OF PACIFICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY KIRSCH AND DARLENE KIRSCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF PACIFICA, NICK BARSETTI (Badge No. 5059), MARCHETTI (Badge No. 5488) AND DOES 1 TO 25,<br><br>    Defendants. | CASE NO. C 06 3404 SBA<br>AMENDED<br>**STIPULATION AND ORDER DISMISSING THE THIRD, FOURTH, FIFTH, SIXTH, SEVENTH AND EIGHTH CAUSES OF ACTION FROM PLAINTIFFS' COMPLAINT, WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective attorneys of record, that the third, fourth, fifth, sixth, seventh and eighth causes of action, contained in the plaintiffs' complaint on file herein, are hereby voluntarily dismissed with prejudice, and each party will bear their own attorneys' fees and costs in connection therewith.

This stipulation is entered into, and submitted to the

/ / /

/ / /

1

**Stipulation & Order for Voluntary Dismissal of State Law Claims**
**C 06 3404 SBA**

116046.1 555.18915

1   Court, pursuant to Federal Rule of Civil Procedure 41(a)(1).

3   DATED: September _, 2006   LAW OFFICES OF ERIC L. NORDSKOG

5                               By: _____
6                                   ERIC L. NORDSKOG
                                    Attorneys for Plaintiffs
                                    KELLEY KIRSCH and DARLENE KIRSCH

8   DATED: September__, 2006   SELMAN BREITMAN LLP

10                              By: _____
                                    GREGG A. THORNTON
11                                  Attorneys for Defendant
                                    CITY OF PACIFICA

13                                  **ORDER**

14  IT IS SO ORDERED.

16  DATED: October 23, ~~2005~~
                        2006

18                              By: _____
                                    HONORABLE SAUNDRA B. ARMSTRONG
19                                  UNITED STATES DISTRICT JUDGE
                                    NORTHERN DISTRICT OF CALIFORNIA

2

**Stipulation & Order for Voluntary Dismissal of State Law Claims**
**C 06 3404 SBA**

116046.1 555.18915