1  GREGG A. THORNTON (SBN 146282)
   KELLI E. GEORGE (SBN 225689)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   CITY OF PACIFICA, NICK BARSETTI
6  and MARK MARCHETTI

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | KELLEY KIRSCH AND DARLENE        | CASE NO. C 06 3404 SBA
   | KIRSCH,                          |
12 |                                  | **STIPULATION AND ORDER OF**
   |           Plaintiffs,            | **DISMISSAL**
13 |                                  |
   |      v.                          |
14 |                                  |
   | CITY OF PACIFICA, NICK BARSETTI  |
15 | (Badge No. 5059), MARCHETTI      |
   | (Badge No. 5488) AND DOES 1 TO   |
16 | 25,                              |
17 |           Defendants.            |

18

19     IT IS HEREBY STIPULATED by and between the parties to this
20 action, through the plaintiffs' attorneys of record and through
21 the defendants' attorneys of record, that the above-captioned
22 action be, and hereby is, dismissed with prejudice pursuant to
23 Federal Rule of Civil Procedure 41(a)(1),
24 ///
25 ///
26 ///
27 ///
28
                                   1
                                          Stipulation & Order of Dismissal
                                                          C 06 3404 SBA

121261.1 555.18915

*Selman Breitman LLP*
ATTORNEYS AT LAW

1  each side to bear its own fees and costs.

2

3  DATED: December **27**, 2006

4

5  By: _____
6      ERIC L. NORDSKOG
        Attorney for Plaintiffs
7       KELLEY KIRSCH and DARLENE KIRSCH

8  DATED: December **26**, 2006    SELMAN BREITMAN LLP

9

10 By: _____
       GREGG A. THORNTON
11     Attorneys for Defendants
       CITY OF PACIFICA, NICK BARSETTI
12     and MARK MARCHETTI

13

                                    **ORDER**
14
   IT IS SO ORDERED.
15

16
   DATED:   1/3/07      XXXXX
17

18
                                By: _____
19                                  HONORABLE SAUNDRA B. ARMSTRONG
                                    United States District Judge
20                                  Northern District of California

21

22

23

24

25

26

27

28

2

Stipulation & Order of Dismissal
C 06 3404 SBA

121261.1 555.18915